473 A.2d 695

Commonwealth v. Moore, Appellant.

Submitted January 11, 1984. John R. Gailey, Jr., for appellant; Floyd Paul Jones, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Judgment of sentence affirmed.

473 A.2d 695

Commonwealth v. Nolan, Appellant.

Submitted October 7, 1983. John Joseph Cerra, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Judgment of sentence affirmed.